## United States District Court
### Eastern District of Washington

Juan Piorris Griffin

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

The National 911 System

XO Communications (Spokane, Washington)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)_

Case No. __2:17-CV-043-JLQ__
(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☒ Yes
☐ No

**RECEIVED**

Jan 26, 2017

CLERK, U.S. DISTRICT COURT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I.     PARTIES IN THIS COMPLAINT

### Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:     GRIFFIN, JUAN P.
_____
Name (Last, First, MI)

240 W. Sprague Ave Apt. C-1
_____
Street Address

Spokane, Spokane               WA               99201
_____
County, City          State          Zip Code

Not Sure                  JPG691842@GMAIL.COM
_____
Telephone Number          E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:     The National 911 System
_____
Name (Last, First)

N/A
_____
Street Address

N/A     N/A          N/A          W/A
_____
County, City          State          Zip Code

Defendant 2:     XO Communications
_____
Name (Last, First)

N/A
_____
Street Address

Spokane, Spokane               WA               99201
_____
County, City          State          Zip Code

**Defendant(s) Continued**

Defendant 3:    N/A
                Name (Last, First)

                N/A
                Street Address

                N/A        N/A              N/A              N/A
                County, City              State            Zip Code


Defendant 4:    N/A
                Name (Last, First)

                N/A
                Street Address

                N/A        N/A              N/A              N/A
                County, City              State            Zip Code


## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

IF A PERSON CALL 911 AND THE 911 DISPATCHER FAILS TO CONTACT THE LAW ENFORCEMENT ACTIVITY WHO IS TO BLAME? NOT THE LOCAL POLICE DEPARTMENT BUT THE GOVERNMENT AGENCY THAT IS RESPONSIBILITY FOR MANAGING THE 911 SYSTEM.

## III.    VENUE

This court can hear cases arising out of the Eastern District of Washington.

Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because:

THE ONLY COURT THAT CAN DEAL WITH THIS QUESTION IS A INTERNATIONAL COURT.

## IV.    STATEMENT OF CLAIM

Place(s) of
occurrence:    SPOKANE, WASHINGTON

Date(s) of occurrence:    25 JAN, 2017 AND 26 JAN 2017

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.

FACTS:

What happened to you?

ON THE 25# OF JAN, 2017 I CALLED THIS NATIONAL 911 SYSTEM OVER 100 TIMES AND NO ONE CAME TO MY AID. I USED A OLD CRICKET PHONE TO CALL 911 THEN I USED A NEW METRO PCS PHONE AND WITH THE SAME RESULT. WITH MY METRO PCS PHONE I RECEIVED A CALL FROM THE FOLLOWING NUMBER "1-509-536-3718". IF SOMEONE CALLS 911 AND THERE IS A DISCONNECT YOU SHOULD RECEIVE A CALL FROM "EMERGENCY CALL-BACK NUMBER NOT A LOCAL NUMBER. THIS ISN'T THE FIRST TIME THAT THE 911 SYSTEM HAS FAILED ME, I APRIL OF 2015 I HAD 32 SUCH NON-RESPONDED 911 CALLS SO I WENT

TO THE SECRET SERVICE AND TOLD THEM BUT NOTHING HAS HAPPEN TO DEAL WITH THE PROBLEM.

**Was anyone else involved?**

YES, THE INDIVIDUALS WHO ARE KNOW BY THE SPOKANE POLICE DEPT. IN EARLY 2014 I CALLED 1-509-456-2233 AND TWO SPOKANE POLICE OFFICERS SHOWED UP AND USED THE WORDS "HARASSMENT IN THESE REPORT INSTEAD OF" CYBERSTALKING."

NO, WHEN IT COMES TO XO COMMUNICATIONS

<table>
<tr><td>Who did what?</td><td>— I CALLED 911 OVER 109 TIME AND THE 911 DISPATCHER NEVER CONTACTED THE SPOKANE, WASHINGTON POLICE DEPT.<br>— AFTER A 109 TIMES I JUST GAVE UP AND I WAS HAVING TROUBLE WALKING<br>— XO COMMUNICATIONS WEBSITE HAS THE INCORRECT ADDRESS ON THEIR WEBSITE</td></tr>
</table>

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

I SHOULD HAVE DIED DUE TO THE NON-RESPONSE OF THE 911 OPERATOR

## VI.    RELIEF

The relief I want the court to order is:

☒    Money damages in the amount of:    $1 MILLION DOLLARS PER EVERY NON-RESPONDED 911 CALL
$1 MILLION DOLLARS FOR THE XO Communications PROBLEM

☐    Other (explain):

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

26 JAN, 2017
Dated

Plaintiff's Signature

GRIFFIN, JUAN P
Printed Name (Last, First, MI)

240 W. Sprague Ave Apt. C-1
Address

Spokane
City

WA
State

99201
Zip Code

NOT SURE
Telephone Number

JPG69118426@GMAIL.COM
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*